Richard Oliver **POLLARD**, Appellant,

v.

Anne Justine **BROWN–POLLARD**, Respondent.

No. WD 65632.

Missouri Court of Appeals, Western District.

April 18, 2006.

Allen S. Russell, Kansas City, MO, for Appellant.

Bradley P. Grill, Kansas City, MO, for Respondent.

Before JAMES M. SMART, P.J., ROBERT G. ULRICH, and LISA WHITE HARDWICK, JJ.

### ORDER

PER CURIAM.

Richard Oliver Pollard appeals the Nunc Pro Tunc Judgment Decree for Dissolution of Marriage dissolving his marriage to Anne Justine Brown–Pollard. The judgment divided marital property, awarded custody of Emeline, the parties' minor daughter, to Ms. Brown–Pollard and supervised visitation to Mr. Pollard, and ordered Mr. Pollard to pay child support and

---

1. All references to statutes are to RSMo 2000, unless otherwise specified.

maintenance to Ms. Brown–Pollard. Mr. Pollard presents four points on appeal. First, he claims the trial court erred in ordering his parenting time with the marital child be supervised. Second, he claims the trial court erred in awarding Ms. Brown–Pollard sole legal custody of the marital child. Third, he claims the trial court erred in awarding Ms. Brown–Pollard sole physical custody of the marital child. Finally, he claims the trial court erred in awarding Ms. Brown–Pollard periodic modifiable maintenance. All points are denied, and the judgment of the trial court is affirmed. **Rule 84.16(b).**